UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Gotham Holdings, LP et al.
　　　　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:09−cv−01843
　　　　　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel
Health Grades, Inc
　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 11, 2009:

　　　MINUTE entry before the Honorable James B. Zagel:Status hearing held on 5/11/2009. Motion for leave to file affidavit [20] is granted. Motion to quash subpoena [1] is denied. Status hearing set for 7/27/2009 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.