# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GOTHAM HOLDINGS, LP, et al., ) | |
| ) | |
| ) | Case No. 09 CV 1843 |
| Plaintiffs/Appellees, ) | |
| v. ) | District Judge James B. Zagel |
| ) | |
| HEALTH GRADES, INC., ) | Magistrate Judge Susan E. Cox |
| ) | |
| ) | Related to Case No. 07 CV 2563, |
| Defendant/Appellant. ) | pending in the Southern District of |
| ) | New York. |
| ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 2, 2009, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge James B. Zagel or any sitting judge in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2503 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Health Grades, Inc.'s *Motion to Stay and for Expedited Ruling*, a copy of which is submitted herewith.

Dated: May 27, 2009

/s/ Matthew C. Luzadder
Stephen A. Wood
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 857-7070
F: (312) 857-7095

## CERTIFICATE OF SERVICE

Matthew C. Luzadder, an attorney at Kelley Drye & Warren LLP, certifies that on this 27th day of May, 2009, he caused a copy of Appellant/Defendant Health Grades, Inc.'s *Motion to Stay and for Expedited Ruling* and *Notice of Motion to Stay and for Expedited Ruling* to be filed using the ECF system, and served on all parties via the ECF system, pursuant to LR 5.9, as to Filing Users and in accord with LR 5.5 as to any party who is not a Filing User or represented by a Filing User., before the hour of 6:30 p.m.

Dated: May 27, 2009

/s/ Matthew C. Luzadder
Stephen A. Wood
Matthew C. Luzadder
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 857-7070
F: (312) 857-7095

CH01/LUZAM/241527.1