Gotham Holdings, LP et al.

                    Plaintiff,

v.
                                      Case No.: 1:09−cv−01843
                                      Honorable James B. Zagel

Health Grades, Inc

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2009:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/4/2009. Motion to stay and for expedited ruling [24] is granted. Stay entered until 7/23/2009. Unrung bell briefs due 7/14/2009. Responses due 7/20/2009.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.